IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : **Crim. No. 1:16-cr-108**
:
**v.** :
:
**ARTHUR HOUZE** : **Judge Sylvia H. Rambo**

## **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ODERED** that Houze's motions brought pursuant to § 2255 and the First Step Act are **DENIED**.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge